```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 24750
   LAWRENCE T HOBSON SR
   CYNTHIA A HOBSON                         CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-9203    SSN XXX-XX-6389

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/18/2008 and was not confirmed.

     The case was dismissed without confirmation 01/08/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T  CURRENT MORTG        .00             .00             .00
DEUTSCHE BANK NATIONAL T  MORTGAGE ARRE    36890.00            .00             .00
AMERICAS SERVICING COMPA  MORTGAGE NOTI   NOT FILED            .00             .00
JOEL R NATHAN             MORTGAGE NOTI   NOT FILED            .00             .00
GMAC                      SECURED VEHIC    24290.00            .00             .00
GMAC                      NOTICE ONLY     NOT FILED            .00             .00
GMAC                      NOTICE ONLY     NOT FILED            .00             .00
GMAC                      NOTICE ONLY     NOT FILED            .00             .00
STERLING INC DBA KAY JEW  SECURED           1500.00            .00             .00
STERLING INC DBA KAY JEW  UNSECURED          735.80            .00             .00
STEWART VACATION OWNERSH  SECURED NOT I        .00             .00             .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED            .00             .00
D PATRICK MULLARKEY       NOTICE ONLY     NOT FILED            .00             .00
INTERNAL REV SVC          NOTICE ONLY     NOT FILED            .00             .00
US ATTORNEYS OFFICE       NOTICE ONLY     NOT FILED            .00             .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED            .00             .00
D PATRICK MULLARKEY       NOTICE ONLY     NOT FILED            .00             .00
INTERNAL REV SVC          NOTICE ONLY     NOT FILED            .00             .00
US ATTORNEYS OFFICE       NOTICE ONLY     NOT FILED            .00             .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED            .00             .00
D PATRICK MULLARKEY       NOTICE ONLY     NOT FILED            .00             .00
INTERNAL REV SVC          NOTICE ONLY     NOT FILED            .00             .00
US ATTORNEYS OFFICE       NOTICE ONLY     NOT FILED            .00             .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED            .00             .00
D PATRICK MULLARKEY       NOTICE ONLY     NOT FILED            .00             .00
INTERNAL REV SVC          NOTICE ONLY     NOT FILED            .00             .00
US ATTORNEYS OFFICE       NOTICE ONLY     NOT FILED            .00             .00
ADT SECURITY SYSTEMS      UNSECURED       NOT FILED            .00             .00
AMERICAN CASH N GO        UNSECURED       NOT FILED            .00             .00
ARROW FINANCIAL SERVICES  UNSECURED       NOT FILED            .00             .00
ASSETCARE INC             UNSECURED       NOT FILED            .00             .00
NCO MEDCLR                NOTICE ONLY     NOT FILED            .00             .00
BMW FINANCIAL SERVICES    UNSECURED        34009.07            .00             .00
CAB SERVICES              UNSECURED       NOT FILED            .00             .00
MEDICAL                   NOTICE ONLY     NOT FILED            .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 24750 LAWRENCE T HOBSON SR & CYNTHIA A HOBSON
```

```
CAB SERVICES                 UNSECURED      NOT FILED              .00            .00
CITY OF JOLIET PARKING       NOTICE ONLY    NOT FILED              .00            .00
CAB SERVICES                 UNSECURED      NOT FILED              .00            .00
CITY OF JOLIET PARKING       NOTICE ONLY    NOT FILED              .00            .00
CAPITAL ONE                  UNSECURED        1551.92              .00            .00
CAPITAL ONE BANK             NOTICE ONLY    NOT FILED              .00            .00
CAVALRY PORTFOLIO SERVIC     UNSECURED      NOT FILED              .00            .00
SPRINT                       NOTICE ONLY    NOT FILED              .00            .00
CCV                          UNSECURED      NOT FILED              .00            .00
THE BUREAUS INC              UNSECURED         786.83              .00            .00
CITY OF CHICAGO DEPT OF      UNSECURED         300.00              .00            .00
CITY OF CHICAGO PARKING      UNSECURED      NOT FILED              .00            .00
COLLECTION                   UNSECURED      NOT FILED              .00            .00
JERCINOVIC PEDIATRICS        NOTICE ONLY    NOT FILED              .00            .00
STEVEN E MAREK               UNSECURED         268.32              .00            .00
COMCAST                      UNSECURED      NOT FILED              .00            .00
COMMONWEALTH EDISON          UNSECURED      NOT FILED              .00            .00
VANRU CREDIT                 NOTICE ONLY    NOT FILED              .00            .00
COMMONWEALTH EDISON          UNSECURED         592.83              .00            .00
COMMONWEALTH EDISON          NOTICE ONLY    NOT FILED              .00            .00
CREDIT INTERNATIONAL COR     UNSECURED         250.00              .00            .00
COMCAST                      NOTICE ONLY    NOT FILED              .00            .00
CREDIT PROTECTION ASSO       UNSECURED      NOT FILED              .00            .00
AT&T                         NOTICE ONLY    NOT FILED              .00            .00
CREDITORS COLLECTION BUR     UNSECURED      NOT FILED              .00            .00
PROVENA ST JOSEPH MEDICA     NOTICE ONLY    NOT FILED              .00            .00
CREDITORS COLLECTION BUR     UNSECURED      NOT FILED              .00            .00
PROVENA ST JOSEPH MEDICA     NOTICE ONLY    NOT FILED              .00            .00
DIVERSIFIED CONSULTANTS      UNSECURED      NOT FILED              .00            .00
SPRINT PCS CUSTOMERS CAR     NOTICE ONLY    NOT FILED              .00            .00
DRYER OOMS & VAN DRUNEN      UNSECURED        1487.52              .00            .00
EQUINOX                      UNSECURED      NOT FILED              .00            .00
FIFTH THIRD BANK             UNSECURED      NOT FILED              .00            .00
FIFTH THIRD BANK             UNSECURED      NOT FILED              .00            .00
FIFTH THIRD BANK             NOTICE ONLY    NOT FILED              .00            .00
FIRST REVENUE ASSURANCE      UNSECURED      NOT FILED              .00            .00
LOWES/MBGA                   UNSECURED      NOT FILED              .00            .00
GLOBAL RECOVERY SERVICES     UNSECURED      NOT FILED              .00            .00
NUMARK CREDIT UNION          NOTICE ONLY    NOT FILED              .00            .00
HILTON GRAND VACATIONS       UNSECURED      NOT FILED              .00            .00
HILTON GRAND VACATIONS C     NOTICE ONLY    NOT FILED              .00            .00
HSBC                         UNSECURED      NOT FILED              .00            .00
IC SYSTEMS                   UNSECURED      NOT FILED              .00            .00
IC SYSTEMS                   NOTICE ONLY    NOT FILED              .00            .00
IC SYSTEMS                   UNSECURED      NOT FILED              .00            .00
IC SYSTEMS                   UNSECURED      NOT FILED              .00            .00
IC SYSTEM INC                UNSECURED      NOT FILED              .00            .00
KCA FIN SVC                  UNSECURED      NOT FILED              .00            .00
KCA FINANCIAL SERVICES       UNSECURED      NOT FILED              .00            .00
```

```
PROVENA MERCY CENTER        NOTICE ONLY    NOT FILED              .00            .00
HOME DEPOT                  UNSECURED      NOT FILED              .00            .00
REDLINE RECOVERY            NOTICE ONLY    NOT FILED              .00            .00
LVNV FUNDING LLC            UNSECURED      NOT FILED              .00            .00
BANK OF AMERICA NA          NOTICE ONLY    NOT FILED              .00            .00
LVNV FUNDING LLC            NOTICE ONLY    NOT FILED              .00            .00
MIDLAND CREDIT MANAGEMEN    UNSECURED      NOT FILED              .00            .00
SBC ILLINOIS                NOTICE ONLY    NOT FILED              .00            .00
MIDLAND CREDIT MANAGEMEN    UNSECURED       1156.92               .00            .00
VISA                        NOTICE ONLY    NOT FILED              .00            .00
MIT FINANCIAL               UNSECURED      NOT FILED              .00            .00
MONTEREY FINANCIAL SERVI    UNSECURED      NOT FILED              .00            .00
MRSI                        UNSECURED      NOT FILED              .00            .00
PROVENA ST JOSEPH MEDICA    NOTICE ONLY    NOT FILED              .00            .00
RMI/MCSI                    UNSECURED      NOT FILED              .00            .00
RMI/MCSI                    UNSECURED      NOT FILED              .00            .00
NCO MARLIN                  UNSECURED      NOT FILED              .00            .00
COMMONWEALTH EDISON         NOTICE ONLY    NOT FILED              .00            .00
NICOR GAS                   UNSECURED      NOT FILED              .00            .00
NICOR GAS                   UNSECURED      NOT FILED              .00            .00
NICOR GAS                   UNSECURED      NOT FILED              .00            .00
NICOR GAS                   NOTICE ONLY    NOT FILED              .00            .00
NICOR GAS                   UNSECURED      NOT FILED              .00            .00
NICOR GAS                   UNSECURED      NOT FILED              .00            .00
NORFOLDK FINANCIAL          UNSECURED      NOT FILED              .00            .00
PLAINS COMMERCE BANK        NOTICE ONLY    NOT FILED              .00            .00
NORTH STAR CAPITAL          UNSECURED      NOT FILED              .00            .00
NORTHLAND GROUP             NOTICE ONLY    NOT FILED              .00            .00
OFFICE TEAM                 UNSECURED      NOT FILED              .00            .00
PELLETTIERI ASSOCIATES      UNSECURED      NOT FILED              .00            .00
PELLETTIERI & ASSOC         UNSECURED      NOT FILED              .00            .00
PLAINS COMMERCE BANK        UNSECURED      NOT FILED              .00            .00
NORFOLK FIN CORP            NOTICE ONLY    NOT FILED              .00            .00
PLAINS COMMERCE BANK        UNSECURED      NOT FILED              .00            .00
DAVID TAYLOR & ASSOC        NOTICE ONLY    NOT FILED              .00            .00
PORTFOLIO RECOVERY ASSOC    UNSECURED      NOT FILED              .00            .00
NORTHLAND GROUP             NOTICE ONLY    NOT FILED              .00            .00
PROVENA                     UNSECURED      NOT FILED              .00            .00
PELLETTIERI ASSOCIATES      NOTICE ONLY    NOT FILED              .00            .00
REGUS MGNT GROUP            UNSECURED      NOT FILED              .00            .00
SEARS/CBSD                  UNSECURED      NOT FILED              .00            .00
SECURITY FINANCE            UNSECURED      NOT FILED              .00            .00
SPRINT NEXTEL               UNSECURED        716.44               .00            .00
CAVALRY PORTFOLIO SERVIC    NOTICE ONLY    NOT FILED              .00            .00
ROUNDUP FUNDING LLC         UNSECURED       4436.47               .00            .00
NORTH STAR CAPITAL ACQUI    UNSECURED       3560.00               .00            .00
TRS RECOVERY SVC INC        UNSECURED      NOT FILED              .00            .00
ECMC                        UNSECURED      18686.23               .00            .00
CBE GROUP                   NOTICE ONLY    NOT FILED              .00            .00

                       PAGE   3 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 24750 LAWRENCE T HOBSON SR & CYNTHIA A HOBSON
```

```
MUNICIPAL COLLECTION SER  UNSECURED          350.00                      .00              .00
RMI/MCSI                  NOTICE ONLY    NOT FILED                       .00              .00
VISION FIN SVC            UNSECURED          473.25                      .00              .00
SILVER CROSS HOSPITAL     NOTICE ONLY    NOT FILED                       .00              .00
WASHINGTON MUTUAL/PROVID  UNSECURED      NOT FILED                       .00              .00
WELTMAN WEINBERG & REIS   UNSECURED      NOT FILED                       .00              .00
NORTH STAR CAPITAL ACQ    UNSECURED         1332.00                      .00              .00
WOW INTERNET AND CABLE    UNSECURED      NOT FILED                       .00              .00
CMI                       NOTICE ONLY    NOT FILED                       .00              .00
ZENITH ACQUISITION        UNSECURED      NOT FILED                       .00              .00
WELLS FARGO               NOTICE ONLY    NOT FILED                       .00              .00
DEUTSCHE BANK NATIONAL T  MORTGAGE NOTI  NOT FILED                       .00              .00
GMAC                      UNSECURED         4916.43                      .00              .00
DRYER OOMS & VAN DRUNEN   UNSECURED           54.92                      .00              .00
WELLS FARGO FINANCIAL IL  SECURED NOT I    2560.00                       .00              .00
ASSET ACCEPTANCE          UNSECURED          585.12                      .00              .00
TIMOTHY K LIOU            DEBTOR ATTY         .00                                          .00
TOM VAUGHN                TRUSTEE                                                          .00
DEBTOR REFUND             REFUND                                                           .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                         --------------     --------------
TOTALS                       .00                  .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/05/09      _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   4
          CASE NO. 08 B 24750 LAWRENCE T HOBSON SR & CYNTHIA A HOBSON